UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVELYN ESSA<br>Plaintiff,<br><br>v.<br><br>GENZYME CORPORATION,<br>Defendant. | )<br>)<br>)  Docket No. 18-CV-12653-JGD<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S VOLUNTARY DISMISSAL

The Plaintiff, Evelyn Essa, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntarily dismisses this action without prejudice. No Defendant has filed an answer or motion for summary judgment as of the date of this filing.

Date: February 15, 2019

Respectfully submitted,
The Plaintiff,
EVELYN ESSA,
By her attorneys,

COOPER CARGILL CHANT, P.A.

/s/ Christopher T. Meier
_____
Christopher Meier, MA BBO# 640995
2935 White Mountain Highway
North Conway, New Hampshire 03860
Tel:  (603) 356-5439
Fax:  (603) 356-7975
Email: cmeier@coopercargillchant.com

Y:\CLIENT FILES\19959 - Essa\.001 v. Genzyme\Pleadings - MA Court\2019.02.15 Voluntary Dismissal.docx